HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TOBY J. MASSE, <br><br> Plaintiff, <br><br> v. <br><br> PAT GLEBE, JOHN SCOTT, DEANNA STRANDBERG, DENNIS THAUT, (first name unknown) CRANE, <br><br> Defendants. | Case No. C10-5165RBL <br><br> ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis* and a Proposed Civil Rights Complaint. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

Plaintiff is a former inmate at Stafford Creek Corrections Center. He has filed a Complaint alleging the institution and several individuals violated his rights under the First and Fourteenth Amendments while he was incarcerated. This matter is hereby referred to Magistrate Judge J. Richard Creatura pursuant to 28 U.S.C. § 636(b)(1)(B).

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 30th day of March, 2010.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER
Page - 1