# United States District Court

WESTERN DISTRICT OF WASHINGTON

TOBY MASSE,

        v.

PAT GLEBE, *et al*,

JUDGMENT IN A CIVIL CASE

C10-5165RBL

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

1. The Court adopts the Report and Recommendation; and

2. This action is dismissed WITHOUT PREJUDICE as plaintiffs cannot challenge the fact or duration of his prison term in a Civil Rights Action.


June 21, 2010                            BRUCE RIFKIN
Date                                                              Clerk

                                                              *s/ Mary Trent*
                                                               Deputy Clerk